IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELAINE HERRERA,
    Plaintiff,

v.                                                                          CV No. 19-140 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,
    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Defendant's *First Unopposed Motion for Extension of Time to File Response Brief* (the "Motion"), (Doc. 19), filed September 26, 2019. The Court, having reviewed the Motion and noting it is unopposed, finds the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until October 30, 2019, to file a response and Plaintiff shall have until November 29, 2019, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE