# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ELAINE HERRERA,

        Plaintiff,

v.                                                                                     No. CV 19-140 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 25), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse or Remand the Administrative Decision*, (Doc. 16), shall be **GRANTED** and this case shall be **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

        **IT IS SO ORDERED**.

                                                                         THE HONORABLE CARMEN E. GARZA
                                                                         CHIEF UNITED STATES MAGISTRATE JUDGE